# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

Bridget M. McCormack,
Chief Justice

158315

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

OAKLAND COUNTY,
          Plaintiff-Appellant,

v

STATE OF MICHIGAN, DEPARTMENT OF
LICENSING AND REGULATORY AFFAIRS,
and MICHIGAN INDIGENT DEFENSE
COMMISSION,
          Defendants-Appellees.

SC: 158315
COA: 341172
Court of Claims: 17-000216-MZ

_____/

      On order of the Court, the application for leave to appeal the July 17, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



t0320

Clerk